IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUSTER'S | ) | |
| | ) | Civil Action No. 05 - 1104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY M. BISHOP, | ) | |
| LEE KHANA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 13th day of December, 2005, **IT IS ORDERED** that a hearing is scheduled on **January 17, 2006 from 2:00 PM until 4:30 PM** on the outstanding Motion for Preliminary Injunction. Should additional testimony or argument be required, the Court will reconvene **January 18, 2005 at 9:30 AM.**

                                                                                                 s/Lisa Pupo Lenihan
                                                                                                 Lisa Pupo Lenihan
                                                                                                 United States Magistrate Judge

cc:    Judge Gary L. Lancaster

        Michael J. Hennessy
        DKW Law Group LLC
        600 Grant Street, 58th Floor
        Pittsburgh, PA 15219

        Patricia B. Cunningham

Sutherland, Asbill & Brennan
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Kenneth C. Kurtz
Littler Mendelson
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222

Robert W. Pritchard
Littler Mendelson
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222