IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruster's, | ) |
| | ) Civil Action No. 2:05-cv-01104 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Gary L. Lancaster |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| Stanley M. Bishop and Lee Khanna, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bruster's and Defendants Stanley M. Bishop and Lee Khanna, pursuant to Fed.R.Civ.P. 41(a)(1), hereby enter into this joint stipulation of dismissal with prejudice. This action should be dismissed with prejudice, each party to bear its own fees and costs. Plaintiff's Motion for Preliminary and Permanent Injunction should be denied as moot.

Respectfully submitted,

_____
Michael J. Hennessy
   Pa. I.D. No. 34445
   mhennessy@dkwlaw.com
DKW Law Group LLC
600 Grant Street, 58th Floor
Pittsburgh, PA 15219
412.355.2600
Fax: 412.355.2609

Patricia B. Cunningham
Sutherland, Asbil & Brennan
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Counsel for Plaintiff

_____
Robert W. Pritchard
   Pa. I.D. No. 76979
   rpritchard@littler.com
Kenneth C. Kurtz
   Pa. I.D. No. 84124
   ckurtz@littler.com
Littler Mendelson P.C.
625 Liberty Avenue, 26th Floor
Dominion Tower
Pittsburgh, PA 15222
412.201.7628 / 7633
Fax: 412.456.2377

Counsel for Defendants

SO ORDERED, this 23 day of December, 2005.

_____
Gary L. Lancaster, U.S. District Judge